UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| CHRISTOPHER MICHAEL FERRELL, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | No. 2:21-CV-078-DCLC-CRW |
| BERT BOYD, | ) | |
| Respondent. | ) | |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, the Clerk is **DIRECTED** to transfer this action to the United States District Court for the Middle District of Tennessee at Nashville and to close this Court's file.

**SO ORDERED**.

**ENTER:**

s/Clifton L. Corker
United State District Judge


ENTERED AS A JUDGMENT

*s/John Medearis*
CLERK OF COURT